# MEMORANDUM

**TO**:        Honorable Alice M. Batchelder
Sixth Circuit Court of Appeals
Potter Stewart U.S. Courthouse
100 East Fifth Street
Cincinnati, Ohio 45202

**FROM**:    U.S. District Judge Harry S. Mattice, Jr.

**SUBJECT**:   Advance Authorization for Investigative, Expert or Other Services

It is requested that authorization be granted to obtain services in an amount in excess of the maximum allowed under the provisions of subsection (e)(3) of the Criminal Justice Act, 18 U.S.C. § 3006A, as follows:

**Case Name & Designation**:    USA vs. Salvadore Vera - Case No. 4:07-cr-1

**Name of Expert or Investigator**:   Steve Derthick, expert interpreter services.

**Address**:   829 Vine Street, Chattanooga, TN 37403.

**Type of Expert**:   Expert interpreter services due to defendant Vera's age (19 years old), inability to speak English, defendant Vera's lack of understanding of the United States criminal justice system, and to correct alleged misinformation supplied by co-defendants. Counsel is able to communicate with defendant Vera only through an interpreter. Communications include, but are not limited to, reviewing legal documents, explanation of court proceedings and sentencing guidelines. Also counsel has utilized the services of an interpreter when communicating with the Mexican Consulate and defendant Vera's family members.

**Reason for Application**: On January 22, 2007, the Court approved expenses up to $1,600 under 18 U.S.C. § 3006 (A)(e)(3) [Doc. No. 39]. The reason for the application is set out in the attached Motion for Authorization of Interpreter Services in Excess of One Thousand Six Hundred Dollars stating that further interpreter services will require an additional cost of $500.00 for a total approved amount of $2,100.00.

**Estimated Compensation**.   $2,100.00

I certify that the estimated compensation in excess of the maximum set forth in subsection (e)(3) of the Criminal Justice Act appears necessary to provide fair compensation for services of an unusual character or duration and therefore recommend approval of this authorization in the amount of an additional $500.00.

_____        **6/14/2007**
**U.S. District Judge Harry S. Mattice, Jr.**   **Date**

_____        **7-16-07**
**Honorable Alice M. Batchelder**   **Date**
**U.S. Court of Appeals**